WENDY MEDURA KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
 Email: wkrincek@littler.com
 Email: kbranson@littler.com
 Email: ddickinson@littler.com

Attorneys for Defendants
SUTHERLAND GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY CIMINI,<br><br>  Plaintiff,<br><br>vs.<br><br>RICO WHITE individually; SUTHERLAND GLOBAL SERVICES, INC., DOES I through X, and ROE CORPORATIONS I through X,<br><br>  Defendant. | Case No. 2:19-cv-01027-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SUTHERLAND GLOBAL SERVICES, INC. TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, SHELLEY CIMINI and Defendant SUTHERLAND GLOBAL SERVICES, INC., by and through their respective attorneys of record, hereby stipulate and agree that Defendant SUTHERLAND has two (2) additional weeks to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on June 16, 2019 and served on September 11, 2019.  The parties make this request due to Defendant's counsel's recent retention and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

on **October 16, 2019**.

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 24, 2019 | Dated: September 24, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ James J. Lee, Esq.<br>JAMES J. LEE, ESQ.<br>LEGAL OFFICES OF JAMES J. LEE<br><br>Attorney for Plaintiff<br>SHELLEY CIMINI | /s/ Z. Kathryn Branson, Esq.<br>WENDY M. KRINCEK, ESQ.<br>Z. KATHRYN BRANSON, ESQ.<br>DIANA DICKINSON, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>Attorneys for Defendant<br>SUTHERLAND GLOBAL SERVICES, INC. |

**IT IS SO ORDERED.**

Dated September 25, 2019

_____
United States Magistrate Judge

4824-8196-1639.1 061963.1034

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800