# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY CIMINI,<br>    Plaintiff(s),<br>v.<br>RICO WHITE, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01027-JCM-NJK<br>**Order**<br>[Docket No. 29] |

Pending before the Court is Defendant Sutherland Global Service's motion to compel and for sanctions filed on December 16, 2019. Docket No. 29. To date, no response has been filed so the motion will be granted as unopposed. *See* Local Rule 7-2(d).

Accordingly, the motion to compel is **GRANTED** in that Plaintiff must serve initial disclosures by January 9, 2020. The motion for sanctions is **GRANTED** in that Defendant will be awarded its expenses incurred in relation to filing the instant motion. Defendant must file appropriate paperwork documenting the amount of expenses it seeks to recover by January 9, 2020. Any response from Plaintiff as to the amount of expenses must be filed by January 16, 2020.

IT IS SO ORDERED.

Dated: January 2, 2020

　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge