WENDY MEDURA KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkincek@littler.com
Email: kbranson@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY CIMINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICO WHITE individually;<br>SUTHERLAND GLOBAL SERVICES,<br>INC., DOES I through X, and ROE<br>CORPORATIONS I through X,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01027-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff SHELLEY CIMINI ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES, INC. ("Sutherland" or "Defendant"), by and through its respective counsel of record, hereby submit this stipulation rescheduling the Early Neutral Evaluation (ENE) session previously scheduled for January 10, 2020, before Honorable Judge Brenda Weksler (ECF No. 16). On January 7, 2020, Plaintiff's counsel represented to the Court by phone and Defendant's counsel by e-mail that he was not going to be able to attend the ENE due to illness. The following day, the Court contacted the parties with proposed dates to conduct the ENE and requested the parties file a stipulation to continue the ENE to a mutually agreeable date. Therefore, pursuant to the Court's instruction, the

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

parties stipulate to continue the ENE Session to March 18, 2020.

Dated: January 10, 2020

Respectfully submitted,

/s/ James J. Lee, Esq.
JAMES J. LEE, ESQ.
LEGAL OFFICES OF JAMES J. LEE

Attorney for Plaintiff
SHELLEY CIMINI

Dated: January 10, 2020

Respectfully submitted,

/s/ Z. Kathryn Branson
WENDY MEDURA KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**IT IS SO ORDERED**

**DATED: January 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4838-2561-8865.1 061963.1034

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800