# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHELLEY CIMINI

                            Plaintiff,

            v.

RICO WHITE, et al.

                            Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01027-JCM-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding Attorney Fees in favor of Global Sutherland in the amount of $1,640.00.

January 21, 2020
_____
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
_____
Deputy Clerk