# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHELLEY CIMINI,

    Plaintiff(s),

v.

RICO WHITE, et al.,

    Defendant(s).

Case No.: 2:19-cv-01027-JCM-NJK

**Order**

[Docket Nos. 39-40, 43, 44]

Pending before the Court are a motion for case-dispositive sanctions, a motion for civil contempt, a motion to withdraw admissions, and a motion to extend deadlines in the scheduling order. Docket Nos. 39-40, 43, 44. In light of the parties' settlement, *see* Docket No. 52, those motions are all **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: March 19, 2020

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge