WENDY MEDURA KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: wkincek@littler.com
Email: kbranson@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHELLEY CIMINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICO WHITE individually;<br>SUTHERLAND GLOBAL SERVICES,<br>INC., DOES I through X, and ROE<br>CORPORATIONS I through X,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01027-JCM-NJK<br><br>**JOINT STATUS REPORT** |

Plaintiff SHELLEY CIMINI ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES, INC. ("Sutherland" or "Defendant"), by and through their attorneys of record, herby submit the following Joint Status Report regarding settlement.

　　　1.　　On March 18, 2020, the parties participated in an Early Neutral Evaluation where a settlement was reached (ECF No. 52).

　　　2.　　A settlement agreement has was provided to Plaintiff on March 27, 2020.

　　　3.　　Defendant has been awaiting certain information from Plaintiff in order to finalize the settlement agreement such that a stipulation for dismissal can be filed with the Court.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

4.  Because the settlement agreement has not yet been finalized, the parties request an additional sixty (60) days within which to file dismissal paperwork, or another status report regarding settlement.

Dated: April 20, 2020

Respectfully submitted,                              Respectfully submitted,

*/s/ James J. Lee*
JAMES J. LEE, ESQ.
LEGAL OFFICES OF JAMES J. LEE

*/s/ Diana G. Dickinson*
WENDY MEDURA KRINCEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Plaintiff
SHELLEY CIMINI

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**IT IS SO ORDERED**

**DATED: April 22, 2020**

4846-0545-5290.1 061963.1034

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800