WENDY MEDURA KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: wkincek@littler.com
Email: kbranson@littler.com
Email: ddickinson@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHELLEY CIMINI,<br><br>        Plaintiff,<br><br>vs.<br><br>RICO WHITE individually;<br>SUTHERLAND GLOBAL SERVICES, INC., DOES I through X, and ROE CORPORATIONS I through X,<br><br>        Defendants. | Case No. 2:19-cv-01027-JCM-NJK<br><br>**SECOND JOINT STATUS REPORT** |

Plaintiff SHELLEY CIMINI ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES, INC. ("Sutherland" or "Defendant"), by and through their attorneys of record, herby submit the following Second Joint Status Report regarding settlement.

1. On March 18, 2020, the parties participated in an Early Neutral Evaluation where a settlement was reached (ECF No. 52).

2. A settlement agreement was provided to Plaintiff on March 27, 2020.

3. Plaintiff returned the executed settlement agreement on June 3, 2020.

3. Defendant has been awaiting certain tax documents from Plaintiff and her counsel, which were to be provided prior to or with the executed agreement, in order to finalize the settlement

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

agreement such that a stipulation for dismissal can be filed with the Court.

4. Because the settlement agreement has not yet been finalized, the parties request an additional sixty (60) days within which to file dismissal paperwork, or another status report regarding settlement.

Dated: June 18, 2020

Respectfully submitted,                    Respectfully submitted,

*/s/ James Lee*                            */s/ Diana G. Dickinson*
JAMES J. LEE, ESQ.                         WENDY MEDURA KRINCEK, ESQ.
LEGAL OFFICES OF JAMES J. LEE              Z. KATHRYN BRANSON, ESQ.
                                           DIANA G. DICKINSON, ESQ.
                                           LITTLER MENDELSON, P.C.

Attorney for Plaintiff                     Attorneys for Defendant
SHELLEY CIMINI                             SUTHERLAND GLOBAL SERVICES, INC.


IT IS SO ORDERED

4852-0495-8144.1 061963.1034

DATED:  11:57 am, June 22, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.