UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELLY CIMINI, | Case No. 2:19-CV-1027 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| RICO WHITE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Cimini v. White et al.*, case number 2:19-cv-01027-JCM-NJK. The parties participated in an early neutral evaluation ("ENE") before Magistrate Judge Weksler on March 18, 2020. (ECF No. 52). The parties reached a settlement and agreed to file dismissal paperwork by April 20, 2020. *Id.* The parties filed status reports requesting additional time, and the court has continued the dismissal deadline twice. (ECF Nos. 54; 55; 56; 57). The new dismissal deadline is August 21, 2020.

Defendant Sutherland Global Services, Inc.'s ("Sutherland") motions to dismiss remain pending. (ECF Nos. 13; 25). The first motion to dismiss is moot because it seeks to dismiss the inoperative initial complaint. (ECF No. 13). The second motion is moot in light of the parties' settlement. (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Sutherland's motion to dismiss (ECF No. 13) be, and the same hereby is, DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1      IT IS FURTHER ORDERED that Sutherland's motion to dismiss (ECF No. 25) be, and
2  the same hereby is, DENIED as moot.
3      DATED July 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**