1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   Z. KATHRYN BRANSON, ESQ., Bar # 11540
2  DIANA G. DICKINSON, ESQ., Bar # 13477
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811
   Email: wkincek@littler.com
6  Email: kbranson@littler.com
   Email: ddickinson@littler.com
7
   Attorneys for Defendant
8  SUTHERLAND GLOBAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY CIMINI,<br><br>              Plaintiff,<br><br>vs.<br><br>RICO WHITE individually;<br>SUTHERLAND GLOBAL SERVICES,<br>INC., DOES I through X, and ROE<br>CORPORATIONS I through X,<br><br>              Defendants. | Case No. 2:19-cv-01027-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff SHELLEY CIMINI and Defendant SUTHERLAND GLOBAL SERVICES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Each party shall bear its own costs and fees.

2  Dated: August 10, 2020                    Dated: August 10, 2020

3  Respectfully submitted,                   Respectfully submitted,

5  */s/ James J. Lee*                        */s/ Diana G. Dickinson*
   JAMES J. LEE, ESQ.                        WENDY MEDURA KRINCEK, ESQ.
6  LEGAL OFFICES OF JAMES J. LEE             Z. KATHRYN BRANSON, ESQ.
                                             DIANA G. DICKINSON, ESQ.
7                                            LITTLER MENDELSON, P.C.

8  Attorney for Plaintiff
   SHELLEY CIMINI                            Attorneys for Defendant
9                                            SUTHERLAND GLOBAL SERVICES, INC.

11                          **ORDER**

12                          **IT IS SO ORDERED.**

13                          Dated: August 10, 2020.

16                          _____
                            UNITED STATES DISTRICT JUDGE

19  4839-6125-6631.1 061963.1034

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.