**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELLY CIMINI, | Case No. 2:19-CV-1027 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| RICO WHITE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Cimini v. White et al*, 2:19-cv-01027-JCM-NJK.  The court granted the parties' stipulation of dismissal of "the entire action with prejudice."  (ECF No. 60).  This stipulation was signed by counsel for plaintiff Shelley Cimini and defendant Sutherland Global Services, Inc.  (*Id.*).  The last remaining defendant, Rico White, has not been terminated and has not made an appearance in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff shall, within fourteen (14) days of this order, file a motion for entry of default judgment or other appropriate motion to bring this case to a resolution.

DATED October 16, 2020.

_____
UNITED STATES DISTRICT JUDGE